UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-cr-00225-CRC |
| : | |
| JOSIAH HUESO, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Josiah Hueso, by and through his attorney, Jose German, now submit this joint status report. On October 4, 2022, at the last status hearing, the Court granted defense counsel's request for the parties to proceed by filing a joint status report in place of an in-person status conference. This Court set December 5, 2022, as the deadline for filing the report. Pursuant to that order, the parties report as follows:

1. Prior to the last hearing, the government had completed the bulk of the case-specific discovery via the USAfx file transfer portal. On October 25, 2022, a small additional batch of case-specific discovery was delivered to defense via the same portal, which contained photographs from an executed search warrant. Since the hearing of October 4, the government has made three additional global productions. As of the most recent global production of November 18, 2022, over 3.86 million files (over 6.95 terabytes of information) have been provided to the defense global database.

2. In the near future, the government expects to make additional global productions, which should include, *inter alia*, the scoped results of search warrants conducted on other Capitol Siege defendant's electronic devices and social media accounts, and

recorded custodial interviews of Capitol Siege defendants, among other documents and media files.

3. On October 4, 2022, the defense counsel indicated an interest in plea discussions, but did not want a formal offer until further discussions could be had with the defendant. The government delivered a formal plea agreement letter on November 29, 2022. It expires on January 27, 2023.

4. The parties respectfully suggests that this Court set this matter for a status hearing in approximately 45 days or the week of January 23, 2023. Defense counsel has matters scheduled for trial during the weeks of January 9, 2023 and January 30, 2023.

5. The parties are in agreement that, due to outstanding discovery and ongoing plea negotiations, the ends of justice would be served by exclusion of time under The Speedy Trial Act until the next status hearing before this Court.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: ___/s/ Jeffrey A. Kiok___
JEFFREY A. KIOK
Attorney Detailed to the U.S. Attorney's Office
for the District of Columbia
N.Y. Bar No. 5400221
601 D Street, N.W.
Washington, DC  20530
Jeffrey.kiok2@usdoj.gov
(202) 307-5967