Kari Hueso
641 S 32ns St
San Diego, CA 92113
(619)398-6615
Kari.alyson03@gmail.com

April 27, 2023

**Honorable Judge Cooper**
United States District Court
District of Columbia
333 Constitution Ave, NW
Washington DC 20004

Dear Honorable Judge Cooper,

Josiah P. Hueso is a great man. A kind, loyal, man who almost always serves others. A man who picks up the trash on the beach or in the park to throw it away when no one else will. To stop the car to move a cone, sign, or object that's dangerous and in the middle of the road/intersection. A protective man who will drive around for hours looking for me when I don't pick up the phone when I'm upset. A man who puts others before himself even if it disbenefits him.

 When I was alone and afraid for my life when I was being harassed at school two hours away, even when the campus police would not do anything, he did not hesitate to text and call me every day to ensure that I was okay and got to classes alright.  When I was being abused in my home by my own father, he did not hesitate to pray for and with me, be my friend, and stay on phone calls until odd hours of the night to cheer me up and keep me sane.  Even when it got to a point where I had to leave that house, when I was depressed, the lowest I have ever been, he stayed by my side and helped me through all the rough patches. From ER visits, passing out, anorexia, bulimia, anxiety, and depression, he did everything in his power to help me. And to this day I truly believe that it was because of him that I'm still alive to this day and that I am who I am because of his selflessness.

When my sister, Krista, broke up with her ex-fiance a few months before they were to be married, Josiah stayed on the phone and talked with her for three hours to help comfort her because even back then we knew that he would be his brother-in-law one day, and he did in fact treat them like sisters.  He puts others first- especially the ones who he loves. In the four years that I have

known Josiah I have found him to be patient, selfless, gentle, and has never done anyone wrong -unless you count adding spinach into smoothies to make them healthier although I find it odd to do so.

Once he is in your life you can not imagine a life without him. A huge reason why I married this man is because seeing his selflessness, his kindness towards others, etc has made me want to strive to be a better person like him. You hear stories and read books about the hero, the one who would risk his life for others, everything a girl would die for if she saw him in a chick flick rom-com movie, and Josiah is that man to me. I am overjoyed, blessed, and thrilled that my daughter will have a father like him.

Friend, siblings, cousin, spouse, future father, even acquaintance- he is the best man I have ever known. He deserves more in life, and I wish that for him. I hope that my short letter helps the readers to understand Josiah and hopefully see him as I do.

Sincerely,

Kari Hueso

Francisco and Alba Hueso
641 South 32nd Street
San Diego, CA 92113

July 31, 2023

The Honorable Judge Cooper
United States District Court
District of Columbia
333 Constitution Avenue, Northwest
Washington, CA 20004

Dear Honorable Judge Cooper:

As a law-abiding family who has such a high regard for our home, the United States of America--the very best in so many things--our hope and request to you, Your Honor and the court, is to please grant clemency for our son Josiah.

My dearest wife, Alba, and I have been happily married for 34 years. We have six adult children: one married daughter and five sons. Our third son, Josiah, is presently married and his wife, Kari, is expecting a daughter early next year.

I am the oldest of nine and my wife has three brothers. My wife and I considered, early on, the importance of our children's good moral character. They received a private Classical education emphasizing ethics and good virtues. Upon completion and graduation, they attended and excelled at our local junior colleges. Some transferred to San Diego State University (including Josiah) and another son to Providence College in Pasadena, California. Josiah was on the Dean's List several times for excelling in his studies. He earned his B.A. from San Diego State University.

There was a lot of promise in his future, and there still is regardless of the more than two years of the media's rumor mill and political divisiveness we are experiencing in our present circumstances. Our elite policing agency, by way of the new Administration and the Department of Justice, ordered to confiscate his most private property containing his life's work, suspecting possible wrongdoing. Two months after the infamous date of January 6, 2020, his plans were terribly offset. You see, he was deprived of his electronic art portfolio and all his electronic devices containing thousands of art images he created as an accomplished artist in school and privately. As an artist, I understand his plight.

We found out early on that no one would hire him due to the bad press on the net. Josiah has reinvented himself. He is self-employed and is working with me. We are all very proud of him. He is working hard and taking care of his new family. Our customers enjoy working with him.

Our work has involved local non-profits and private industry. We strive to provide our customers with excellent services and products that promote their businesses and image in the communities of San Diego County. We also donate to our local churches of various denominations and community groups that celebrate the best in us as a people. Our son is an integral part of those endeavors.

Your Honor, our prayer and hope are that the many zealous and passionate citizens that protested on that fateful day take to heart the consequences that have prevailed by not understanding the complexity of our laws and rulers. That our 1st Amendment is wrapped with layers and leaves that insulate its original intent.

Honorable Judge, my family and our son, Josiah, have been deeply affected by this whole ordeal. May we ask your help by rendering a fair and merciful decision.

Sincerely and with much appreciation,

Francisco J. Hueso

Alfredo Hueso
P.O. Box 80852
San Diego Ca, 92138

July 19, 2023

Honorable Judge Cooper
United States District Court
District of Columbia
333 Constitution Ave, NW
Washington DC 20004

Re: Josiah Hueso, January 6th 2021

Dear Honorable Judge Cooper:

   I writing to you about a young man, Josiah Hueso, who I have known since he was born, and I can say that he is a law abiding young man that any father would be proud to call him their son.

   I was shocked that the Government saw fit to prosecute Josiah for the crime, that at worst, was trespassing, but because of other mitigating factors, is no crime at all. For example, many other individuals were allowed to enter the Capitol building by guards, and that can be interpreted as giving permission to enter capitol, and therefore it can not be considered trespassing. From the facts that we know, thousands of Americans came to Washington to exercise their right of peaceful assembly and a redress of grievances, a right we all have under the constitution. Many who had assembled in our Federal Capitol were answering the call of a President who was asking Americans to peacefully protest a disputed election. Many were praying, and they did not destroy any property or otherwise engage in any other unlawful behavior. It was a few who destroyed property or refused to follow the lawful orders of police officers. It is these individuals that the Justice department should be prosecuting.

   What I do know about Josiah is that he did not engage in any violence, and he did not damage any property that belongs to " We The People". Also, Josiah, has never been prosecuted for any other crimes in his life. He has already paid a big price for his alleged trespassing, and I believe that what ever crimes that the justice department is pursing against him, should be suspended unless he commits another similar violation. The Justice department has over reached in this and many other similar prosecutions. In fact, I must inform you about a case dealing with similar issues is on the way to the Supreme Court, Edward Lang versus United States, that my overturn many of these prosecutions concerning January 6.The government should not be allowed to prosecute the constitutional right for citizens to seek a redress of grievances, and that is all Josiah and many others were doing. If the government is allowed to prosecute this constitutional right then this will send a chilling message to all Americans, that your government has become the enemy of our God given rights. I hope and pray that you will make a just decision, and not allow our government to trample on the rights of its citizens. Thank you your honor for your time.

Respectfully,

Alfredo Hueso



# BANNING AND SON INC
License # 785271

July 31, 2023

Honorable Judge Cooper
United State Court for the District of Columbia
333 Constitution Ave, NW
Washington, D.C. 20004

Dear Judge Cooper,

My name is Bruce Banning, I am 66 years old, a business owner and a disabled veteran who resides in San Diego, California. I have known Josiah Hueso through his father Frank whom I have done business with for over 20 years. During my regular contacts with Josiah, I have known him to be hard working and reliable. We have had many in depth conversations about many subjects and I have found that Josiah is very intelligent with a wonderful sense of humor. He is very dedicated and focused and he demonstrated this when he went to and graduated from SDSU. He is married, expecting his first child and he is from a very tight knit family.

I was very surprised to hear that Josiah had attended the event in Washington DC. Knowing him I could only suggest that it was a horrible miscalculation on his part that so often occurs with today's young people. Although I was not there, I would find it hard to believe that there was any malice in his heart, and instead consider it a youthful misguided adventure.

Whatever decision you render, please do not judge this young man's entire life on one misguided afternoon.

Respectfully submitted,

Bruce G. Banning

6190 Fairmount Ave. #C, San Diego, Ca 92120
619-895-0055

Ulysses Downing, Jr.
Captain Chaplain United States Navy Retired
11443 Turtleback Lane
San Diego, California 92127

July 21, 2023

The Honorable Judge Cooper
United States Judge District Court
United States District Court for the District of Columbia
333 Constitution, Ave
Washington, D. C. 20004

Dear The Honorable Judge Cooper:

I am writing regarding the character of Josiah Hueso whom I have known fourteen years. He is to appear before your bench for consideration of having his present case dismissed. I am his spiritual mentor and advisor who has provided him and his family spiritual guidance in accordance with their Christian beliefs. Josiah's Christian walk has been exemplary and an example to his peers who sought him for guidance and clarity of life's issues and crisis.

Josiah is a very talented person whose gifts have earned him the respect of his community as he work in the family business as a designer of signs and hand wrapping vehicles with advertisement for the purpose of enhancing customers business. His artistic skill has increased the business community to expand their business and profit margin.

I have no doubt if Josiah case is dismissed he will continue his path of being an example to his community. His spiritual walk has had a tremendous impact on his peers and others who look to him for help in their time of difficulty. I strongly recommend at this difficult time for Josiah that you consider dismissal of all complaints against him.

Respectfully,

Ulysses Downing, Jr.
Captain Chaplain United States Navy Retired
Email: downingu@sbcglobal.net
Cell Phone: 858-722-0056

From: John Alvarado

To: The Honorable Judge: Copper

United States District Court for the District of Columbia 333 Constitution Ave, NW Washington, DC, 20004

Monday 31 2023

Dear Judge I am writing to provide a character reference for Josiah Hueso

I'm a retired Career Technical Education Teacher in San Diego Ca. I have lived and worked in my community for 73 years and was elected to the City San Diego Barrio Logan Planning Group for which I currently serve.   I'm writing to provide a character reference for Josiah Hueso, whom I have known for 13 years, first as a young teenager and as a young adult, during which time I have come to know him as a responsible, reliable and hardworking young man. He is a newlywed and soon to be a father he has always acted with integrity and honesty, and possess a high level of empathy and compassion towards others. Over the years he has assisted in community service and has provided many banners and art work for the community. In life, I'm sure you will agree, we have all made mistakes and sometimes we get caught up in something that is beyond our intent or comprehension. I sincerely ask and recommend clemency and leniency for this young man. I have no doubt that he will learn from his mistakes and continue to demonstrate the values he is known for and once again be a valuable asset to our community and our nation.

Thank you
Sincerely

*John Alvarado*
John Alvarado

Florence Ann Linderman
703 South 32nd Street
San Diego, California 92113

July 31, 2023

The Honorable Judge Cooper
United States District Court
District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20004

Dear Honorable Judge Cooper:

    My name is Florence Linderman and have lived in San Diego my entire life. I have enjoyed employment with the federal government, various government contractors and then changed careers and moved into the field of law. I was employed as an administrator overseeing the personnel needs as well as working next to the owner. I have hired, admonished and dismissed employees as situations have presented themselves. I found working with people to be much more complicated than comprehending a government contract or keeping a schedule of upcoming court dates. Individuals will bring about the greatest rewards and challenges.

    I am writing to you at this time to provide a character reference for Mr. Josiah P. Hueso. I met Josiah when he was six years old and because we have remained neighbors I have had the pleasure to watch him and his siblings grow, learn, explore and mature into productive citizens in our nation and caring human beings. They don't need to have a personal relationship with you to come to your aid in a time of trouble. I am honored to enjoy a friendship with each of them, one of mutual respect, kindness and love.

    One experience I would like to share with you reflects the character I have come to deeply appreciate in Josiah. He knocked on my door one early evening after returning home from work. I noticed he was a bit out of breath. I asked him if I could help. He began telling me that he saw a woman enter my yard, take an Amazon box and then leave through my gate. He decided to try and talk with her so she might release the package. She was determined to walk all the way up our hill and share her feelings about him, (not happy she had been caught in the act of stealing.) He returned to my home to explain I would need to call Amazon. As he talked, far more calmly than I would have, I felt tears well up. Josiah didn't need to know if the package was monetarily valuable – it was valuable to him because it was mine. I shared my gratitude with him and thanked him. I ask you, how many people would do this for you? Stop what they are doing and run after a person who has stolen your personal property. They might text you and let you know what they saw, maybe catch it on video, but actually leave their home or car to help you? These acts of kindness are all too rare. Not for me – not that day!

    I imagine many similar cases as Josiah's have crossed your desk by this time in 2023. You have undoubtedly seen no two people are alike and that most people are not malicious or disbedient to our laws. I won't discuss the events of January 6, 2020. We all have seen enough police and cell phone footage to have an opinion regarding the facts of what took place in and near our Capitol.

Josiah Hueso is a percipient man who I believe will not find himself in a courtroom again. I strongly request your leniency for Josiah and please know that he has a strong and vast family support system as does his new wife and their little baby, due very soon. Thank you, sir, for your time and attention in this important matter and for allowing me to share my experiences with you. If you should have any questions or need any clarification, I am available by cell: (619) 964-4320 or my email: 712deh@gmail.com

Respectfully,

*Florence Ann Linderman*

Florence Ann Linderman

Larry Vazquez
2924 Ash Street
San Diego, CA 92102
619.300.4044
Larrydvazquezgmail.com

The Honorable Judge Cooper
United States District Court
for the District of Columbia
333 Constitution Ave, NW Washington, D.C. 20004

RE: Character Reference for Josiah Hueso

Dear Judge Cooper,

Please let this letter serve as a character reference for Josiah Hueso. I have known Josiah since he first saw the light of day as I am a very close friend of the Hueso family. Your honor, I am a retired businessman and throughout my career I have had to at times provide character references for various defendants, business associates and employment candidates. I state the above because almost always the measure of character only reveals itself in tough times and difficult situations. No doubt this is where we find ourselves today in Josiah's young life. I can say unequivocally that Josiah is a quiet and thoughtful young man with a deep sense of family and respect for the opinions and rights of others. When I was still in business, I had many occasions to interact with him and I have always known him to be dutiful and honorable in his profession. He is a good man and to the many that know him a good citizen as well.

Your honor, on January 6th, 2022, Josiah travelled to Washington D.C. with no intent of criminality, his purposes were peaceful and transparent. He was there to attend a rally and support his president. We know that other rally goers were there to sow chaos and cause injury, Josiah was not one of them. I ask that you distinguish his actions from those who caused injury and property damage. If the court deems him part and parcel with the actions of others, then kindly adjudicate him in the most favorable light.

Yes, sometimes our actions have real consequences and no doubt that is the case here. The past couple of years have been very stressful and financially difficult for Josiah, his wife, and their respective families. He is newlywed and soon to be a father. I am certain Josiah would have chosen differently had he known that a rally would turn into an insurrection. Lastly your honor, I ask that you please give leniency and favorable consideration to Josiah. It is my deepest belief that Josiah will redeem this present episode and grow in wisdom and be a good citizen and become better man.

Should you require any further information or clarification, please feel free to contact me at 619.300.4044 or larrydvazquez@gmail.com. Thank you for your time and consideration.

Sincerely,

*Larry Vazquez*