UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.      : Cr. No. 22-CR-225 (CRC)

JOSIAH HUESO    :

**DEFENDANT'S NOTICE OF FILING OF ADDITIONAL LETTER OF SUPPORT**

Mr. Hueso hereby submits an additional letter of support for his upcoming sentencing hearing.

      Respectfully submitted,

      A. J. KRAMER
      FEDERAL PUBLIC DEFENDER

      _____/s/_____
      MICHELLE PETERSON
      Chief Assistant Federal Public Defender
      625 Indiana Avenue, N.W.
      Suite 550
      Washington, D.C. 20004

.