To whom it may concern,

For five years I have joyfully pastored the Hueso family, including Josiah at Bonita Presbyterian Church. They have been both exemplary and meticulous in their attendance in worship and support of our little flock. Josiah is an integral member of our congregation and has proven to be both humble and reliable. When Josiah got into legal trouble, in relation to January 6th, the elders of our church, carefully admonished him and he received our counsel with grace and humility. We never had any trouble with Josiah, nor do we anticipate any. He is a very solid, hard working young man in whom we have the utmost confidence.

Sincerely,
Joseph Puglia

Pastor of Bonita Presbyterian Church
5111 Central Ave
Bonita, CA 91902