# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-CR-225 (CRC) |
| v. : | |
| : | |
| JOSIAH HUESO, : | |
| : | |
| Defendant : | |
| : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
## PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were entered into evidence during the sentencing hearing that took place on August 8, 2023. It is the government's position that these should be released to the public. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a video from U.S. Capitol Police closed-circuit video approximately 7 minutes and 3 seconds in length that portrays the fire door entrance to a hallway of the U.S. Senate adjoining the Senate Parliamentarian's Office of the U.S. Capitol on January 6, 2021.

2. Government Exhibit 2 is a video from CNN approximately 3 minutes and 56 seconds in length that, beginning at a timestamp of 2:50, portrays the defendant being interviewed outside the U.S. Capitol on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Jeffrey A. Kiok
JEFFREY A. KIOK
Attorney (detailed)
N.Y. Bar Number 5400221
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 307-5967
Email: jeffrey.kiok2@usdoj.gov

2